**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-12-00506-CR**
**NO. 09-12-00507-CR**
**NO. 09-12-00508-CR**
**NO. 09-12-00509-CR**
**NO. 09-12-00510-CR**

_____

**RONALD WAYNE HARVEY JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

_____

**On Appeal from the 75th District Court**
**Liberty County, Texas**
**Trial Cause Nos. CR29400, CR29401, CR29403, CR29404, and CR29405**

_____

**ORDER**

The clerk's and reporter's records were due to be filed in the Court of Appeals on November 19, 2012, but have not been filed. The trial court clerk and court reporter have notified the court that they have not received payment for the records. The Court finds that it is necessary to determine whether the appellant is indigent for purposes of obtaining free records on appeal.

1

It is, therefore, ORDERED that the appeals are ABATED and the causes are REMANDED to the trial court for a hearing to determine whether the appellant desires to prosecute his appeals and whether the appellant is indigent. The trial court shall determine why the record has not been filed. For this purpose the trial judge shall conduct such hearings as may be necessary, make appropriate findings and recommendations, and prepare a record of the proceedings. If the appellant is indigent, the judge shall take such measures as may be necessary to assure effective representation of counsel, which may include the appointment of counsel or ordering all or part of the records to be prepared without charge to the appellant.

The record of the hearing, including any orders and findings of the trial court judge, shall be sent to the appellate court for filing in the above-referenced appeals. The transcription of the court reporter's notes from the hearing and the findings and recommendations of the trial court judge are to be filed on or before February 25, 2013.

ORDER ENTERED January 24, 2013.

PER CURIAM

Before Gaultney, Kreger, and Horton, JJ.

2